ENVIRONMENTAL SAFETY
CONSULTANTS, INC.,
Appellant,

v.

Donald C. WINTER, Secretary
of the Navy, Appellee.

No. 2006–1292.

United States Court of Appeals,
Federal Circuit.

March 29, 2006.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).

Donald C. WINTER, Secretary
of the Navy, Appellant,

v.

ENVIRONMENTAL SAFETY
CONSULTANTS, INC.,
Appellee.

No. 2006–1180.

United States Court of Appeals,
Federal Circuit.

March 29, 2006.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).